### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-01326-RBJ-KMT       FTR - Courtroom C-201

**Date:** January 19, 2012                     Deputy Clerk, Nick Richards


ALEKSANDRA A. MASTRO,                          John Mark Baird

      Plaintiff,

v.

GORDMANS, INC.,                                Scott Parish Moore

      Defendant.

---

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:42 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel Discovery and for Sanctions [Doc. No. 20, filed December 22, 2011].

It is **ORDERED**:   Plaintiff's Motion to Compel [20] is **GRANTED IN PART** as stated on the record.

    Interrogatory No. 6 is granted. Defendant shall produce all written complaints regarding age or national origin discrimination as to employees at store No. 10 regarding Mr. Rick Auerbach, Mr. Ryan Gebauer, Ms. Michaela Hoffman, and Ms. Deb Kouba identified in Defendant's response to interrogatory No. 1 from January 1, 2008-present.

    Interrogatory No. 7 is granted as to personal contact information and the last known address for former employees at store No. 10. As to current store employees, defendant shall identify employees both available and unavailable for contact.  Defendant shall also provide information regarding written complaints regarding their employment from associates identified in response to the interrogatory.

Interrogatory No. 8 is granted as to store managers from January 1, 2008-present.

Interrogatory No. 9 is granted as to store managers scheduled work hours from January 1, 2010-present. Defense counsel is not required to produce the shopping records of Ms. Kouba and Mr. Auerbach.

Interrogatory No. 10 is granted as to store managers from January 1, 2008-present.

To the extent answers have been provided, the Requests for Production of Documents are granted in the same manner.

**Court in Recess: 4:08 p.m.**
Hearing concluded.
Total In-Court Time    01:26

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.