IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01326-RBJ-KMT

ALEKSANDRA A. MASTRO,

     Plaintiff,

v.

GORDMANS, INC.,

     Defendant.

---

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

This matter, coming before the Court upon the Stipulated Motion To Dismiss With

Prejudice [Docket #44], signed by counsel for plaintiff and defendant, and being advised of the

premises,

It is hereby ordered that this case is dismissed with prejudice, each party to bear her/its

own attorneys' fees and costs.

DATED this 2nd day of August, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge